**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Guy Franklin Gump                                                           Case No. 9:15-bk-09677-FMD
DBA: The Frank Gump Agency; Franklin Management; The Band Guy Franklin
Debtor(s)
_____/

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE**
**TO MAKE PLAN PAYMENTS TO TRUSTEE**

  JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

  1.   As of October 25, 2016, the Debtor(s) are delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $3072.00, which sum is through and including the October, 2016 payment.

  2.   The Debtor's failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases and constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as willful failure of the Debtor(s) to abide by Orders of the Court and is an unreasonable delay that is prejudicial to creditors.

  WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

  I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss For Failure to Make Plan Payments to Trustee was furnished, electronically or by U.S. Mail, to **Guy Franklin Gump,  8021 Estero Boulevard, , Fort Myers Beach, FL  33931**,        **and Edward R. Miller, Esq., Miller and Hollander, 2430 Shadowlawn Dr., Suite 18, Naples, FL  34112-,**  on October 25, 2016.

/s/ Jon M. Waage
Jon M. Waage, Trustee
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

JMW/jlz