ORDERED.

Dated:  October 25, 2016

Caryl E. Delano
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

Case No. 9:15-bk-09677-FMD
Chapter 13

In re:

Guy Franklin Gump
     Debtor(s)
_____/

### ORDER RESERVING RULING ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS TO TRUSTEE AND GRANTING PERIOD TO CURE DEFAULT

This matter came on for consideration, for the purpose of the entry of an appropriate Order in the above Styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Make Plan Payments (Doc#51). The Court having reviewed the motion and based upon the facts set forth above, it is

**ORDERED**:

    1.    The Debtor(s) shall make the November 23, 2016 & December 23, 2016 payments of $1,536.00 each, both on time. The Debtor(s) shall also cure all delinquencies and bring all payments current under the Plan by paying to the Chapter 13 Trustee the additional sum of $4,608.00 on or before January 23, 2017, which amount includes the January, 2017 payment.

Notwithstanding the foregoing, nothing contained in this order relieves the Debtor(s) of the obligation to be current with all plan payments at the time of the confirmation hearing as a means of demonstrating that the plan is feasible.

2. In the event Debtor(s) fail to timely make payments as mentioned above and to cure arrearages as herein provided, the Trustee, shall without further notice to the Debtor(s), submit for this Court's consideration an Order dismissing this case.

3. Assuming the Debtor(s) bring all payments to the Trustee current pursuant to Paragraph 1 above, the Court will reserve ruling on the Trustee's Motion to Dismiss and the entry of this Order shall constitute final notice to the Debtor(s) that in the event payments to the Trustee hereafter become more than thirty (30) days delinquent, the Trustee shall, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

4. In the event the Debtor(s) complete all of the required payments under the Plan, the Court will deny the Trustee's Motion to Dismiss as Moot.

Chapter 13 Trustee, Jon M. Waage is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

JMW/jlz                                                                                          C13T 10/25/16